UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME RIVERA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RON BROOMFIELD,<br><br>　　　　　Respondent. | Case No. 21-cv-06520-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 24 |

Good cause being shown, Petitioner's second request for an extension of time to file his traverse is GRANTED. Dkt. No. 24. Petitioner shall file his traverse by April 15, 2022.

This order terminates Dkt. No. 24.

**IT IS SO ORDERED.**

Dated: 3/7/2022

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge