UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME RIVERA,<br><br>        Petitioner,<br><br>v.<br><br>RON BROOMFIELD,<br><br>        Respondent. | Case No. 21-cv-06520-HSG<br><br>**JUDGMENT** |

The Court has denied the petition for a writ of habeas corpus, and denied a certificate of appealability. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/28/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge